```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA           :

         - v. -                    :    ORDER

CHUCK ANDREWS,                          06 Cr. 585

                 Defendant.        :
- - - - - - - - - - - - - - - - -X
```

Upon application of the United States of America, by and through Assistant United States Attorney Jocelyn Strauber, it is hereby ORDERED that Indictment 06 Cr. 585, which was filed under seal on or about July 14, 2006, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         August 24, 2007

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 4 2007
```