UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
v. ) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
) **06 CR 585**
CHUCK ANDREWS )
)
Defendant. )

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSA Jocelyn Emily Strauber, who is already on the case, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
   Southern District of New York


by: /s/ Mark Lanpher
    Mark Lanpher
    Assistant United States Attorney
    (212) 637-2399