# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number __06 CR. 0585 (JSR)__ |
| - v - | Honorable Jed S. Rakoff |
| CHUCK ANDREWS,    Defendant | (District Court Judge) |

Notice is hereby given that **the defendant, Chuck Andrews** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✔]: order [ ]: other [ ]: _____
(specify)

entered in this action on __03/12/08__
(date)

Offense occurred after November 1, 1987    Yes [✔]    No [ ]

The appeal concerns:   conviction only [ ]:   sentence only [ ]:   conviction and sentence [✔].

Date: **March 20, 2008**

TO:
MARK LANPHER, ESQ.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Chuck Andrews   Reg. No. 04637-063

_Barry Leiwant, Esq._
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

ADD ADDTIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)    TRANSCRIPT INFORMATION - FORM B

## ➤QUESTIONNAIRE   ➤TRANSCRIPT ORDER   ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

[✔] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
[ ] Daily copy is available
[ ] U S. Attorney has placed order
[ ] Other  Attach explanation

Prepare transcript of
[✔] Pre-trial proceedings  11/30/2007
[ ] Trial
[✔] Sentence  3/12/2008
[ ] Post-trial proceedings

Dates

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ➤ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature _Mark B. Gombiner_    DATE **March 20, 2008**

## ➤ COURT REPORTER ACKNOWLEDGMENT
To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____  Signature _____
(Court Reporter)

COPY 1 - ORIGINAL